# United States District Court
# for the Southern District of Georgia
# Savannah Division

```
UNITED STATES OF AMERICA,

v.                                    CR 420-078

TRAVIS DENNON PALMER,

     Defendant.
```

### ORDER

Before the Court is Defendant Travis Palmer's Motion for Two Point Offense Level Reduction Due to COVID-19 Pandemic. Dkt. No. 50. Therein, Defendant asserts his attorney informed him "Federal District Courts were granting a 2 point offense level reduction to individuals who were sentenced during the COVID-19 pandemic." Id. at 1. Because Defendant was sentenced in April 2021, he asserts he qualifies for such a reduction. Id.

Defendant cites no law in support of his contention that he is entitled to an offense level reduction, and the Court is aware of none. Accordingly, his motion is **DENIED**. To the extent Defendant is attempting to challenge his sentence and/or conviction, he must file a motion pursuant to 28 U.S.C. § 2255.

**SO ORDERED**, this 29 day of November, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA